UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 14-cr-00147-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ANNE RASAMEE;
2.     AUSTIN RAY,

        Defendants.

## PROTECTIVE ORDER

THIS MATTER comes before the Court on the government's Unopposed Motion for Protective Order. Pursuant to Fed. R. Crim. P. 16(d)(1), and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The discovery to be disclosed in this case includes tax returns, return information, and taxpayer return information, as defined in 26 U.S.C. § 6103(b), that contains sensitive and personal information that should not be publicly disclosed. Discovery in this case may also include unredacted personal identity information of third parties as identified in Federal Rule of Criminal Procedure 49.1. The following terms therefore apply to the discovery in this case.

    a.    Defense counsel shall keep all disclosed tax returns, documents disclosed that contain return information and taxpayer return information as defined in 26 U.S.C. § 6103, documents disclosed that contain personal identity information as defined in Fed. R. Crim.P. 49.1, and any notes or other materials prepared referring to the foregoing information (collectively, the "Protected Information")

        in strict confidence. Defense counsel shall use the Protected Information exclusively in connection with this case (including trial preparation, motions practice, trial, and appeals or other related legal proceedings), and for no other purpose.

b.     The Protected Information may be viewed only by the defendant (subject to the conditions set forth in paragraph (d)), defense counsel, and such members of defense counsel's staff as are necessary for the purposes outlined above. Defense counsel shall ensure that all persons in their offices who are to handle the Protected Information read this order and are informed of their responsibility to safeguard this information. The Protected Information may also be shared with defense experts, but such experts must read the protective order and be informed of their responsibility to safeguard this information.

c.     Defense counsel shall make only such copies of the Protected Information as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the dates of delivery. Defense counsel shall also deliver a copy of this order with the materials.

d.     Defense counsel shall provide the defendant with reasonable access to the Protected Information, but defense counsel must store, hold, and control all copies of the Protected Information and ensure that the defendant does not retain any copies of the Protected Information or any notes made by defendant or others containing the Protected Information.

e.     A copy of this order shall be kept with the Protected Information.

    f.    At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel within fourteen days shall either destroy or collect all copies of the Protected Information, and shall return to the government any copies of the Protected Information, with the exception of counsel's notes or work product that may contain Protected Information, which defense counsel will retain consistent with the terms of this Order.

    g.    If a document containing Protected Information is filed with the court, the filing party must either redact the Protected Information from the document or, if the Protected Information is material to the court's determination, shall file the document as restricted at Level 1. The Clerk shall accept for filing as restricted any such filings by the parties pursuant to the above paragraphs.

    h    Nothing in the order shall prevent any party from seeking modification of this Order or from objecting to discovery that it believes to be otherwise improper.

    i.    This Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

    j.    This Order will cover additional defendants in this case so long as they agree to be bound by the terms of the Order and so indicate that consent by the execution of a supplemental stipulation, which shall be filed as an addendum or supplement to this Order.

Dated this 11th day of June, 2014.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge