**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date:  June 25, 2014 |
| Court Reporter:    Terri Lindblom | |

Criminal Action No. 14-cr-00147-MSK

*Parties*:                                                                  *Counsel Appearing:*

UNITED STATES OF AMERICA,                         Tim Neff

        Plaintiff,

v.

ANNE RASAMEE,                                                  Martha Eskesen
AUSTIN RAY,                                                        Matthew Belcher

        Defendants.

---

**COURTROOM MINUTES**

HEARING:    Motions

**4:05 p.m.      Court in session.**

Defendant Ray present in custody.  Defendant Rasamee's appearance is waived.

The Court addresses Motion for Protective Order (**Doc. #13**)

**ORDER:**     Motion for Protective Order (**Doc. #13**) is **DENIED as moot**.

The Court addresses Motions to Continue Trial (**Doc. #25, 26**)

Argument.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**  The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.  The motions to continue trial (**Doc. #25, #26**) are **GRANTED.**  The trial currently scheduled to commence on **June 30, 2014 is VACATED** and reset to **January 5, 2015**.  Trial days will be **January 5-8; 12-15; and 20-23, 2015 (if necessary) at 8:30 a.m.** in Courtroom A901, 901 19th Street.  Final Trial Preparation Conference is set on **January 2, 2015 at 3:00 p.m.**

**ORDER:**  All motions and exchange information of witnesses who will be offering opinions under Rule 702 will be filed by **September 30, 2014.**  Responses to any motions will be filed by **October 14, 2014**.  If a request is made for an evidentiary hearing, the response should contain the amount of time needed for the hearing.

**ORDER:**  Defendant Ray is remanded to the care and custody of the United States Marshal Service.

**4:18 p.m.**  Court in recess.

**Total Time:   13 minutes.**
**Hearing concluded.**