**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover             Date:   October 6, 2015
Court Reporter:       Janet Coppock

Criminal Action No. 14-cr-00147-MSK

*Parties*:                                                           *Counsel Appearing:*

UNITED STATES OF AMERICA,                      Anna Edgar
                                                                        Tim Neff
            Plaintiff,

v.

AUSTIN RAY,                                                  Austin Ray, *Pro Se*

            Defendant.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference

**3:35 p.m.       Court in session.**

Defendant present in custody.

Anthony Viorst is present as advisory counsel to defendant.

The Court addresses the Government's Motions to Strike (**Doc. #226, #233, #239**)

**ORDER:**   The Government's Motions to Strike (**Doc. #226, #233, #239**) are **DENIED.**

The Court addresses Defendant's Motion to Strike (**Doc. #260**).

**ORDER:**   Defendant's Motion to Strike (**Doc. #260**) is **DENIED**.

The Court addresses Mr. Ray's Motion to Dismiss for Denial of Due Process, Lack of Personal Jurisdiction, Violation of the Interstate Agreement on Detainers, and Outrageous Government Conduct (**Doc. #213**)

Argument. The parties request an evidentiary hearing.

**ORDER**:    Mr. Ray's Motion to Dismiss for Denial of Due Process, Lack of Personal Jurisdiction, Violation of the Interstate Agreement on Detainers, and Outrageous Government Conduct (**Doc. #213**) is **DENIED** and the Court will consider **Doc. #275** as the operative document.

The Court addresses Mr. Ray's Motion to Suppress for Denial of Post-Deprivation Hearing (**Doc. #214**)

**ORDER:**    Mr. Ray's Motion to Suppress for Denial of Post-Deprivation Hearing (**Doc. #214**) is **DENIED.**

The Court addresses Mr. Ray's Motion to Dismiss Superseding and Second Superseding Indictment for Selective and Vindictive Prosecution **(Doc. #231)**

**ORDER:**    Mr. Ray's Motion to Dismiss Superseding and Second Superseding Indictment for Selective and Vindictive Prosecution **(Doc. #231)** is **DENIED**.

The Court addresses Mr. Ray's Motion to Dismiss Indictment for Grand Jury Misconduct, **(Doc. #227)**

The Court defers ruling on this motion until the evidentiary hearing is held on October 26, 2015.

The Court addresses Mr. Ray's Motion to Dismiss for Violation of Speedy Trial Act **(Doc. #235)**

**ORDER:**    Mr. Ray's Motion to Dismiss for Violation of Speedy Trial Act **(Doc. #235)** is **WITHDRAWN.**

The Court addresses Mr. Ray's Motion to Dismiss for Prosecutorial Misconduct **(Doc. #242)**

**ORDER:**    Mr. Ray's Motion to Dismiss for Prosecutorial Misconduct **(Doc. #242)** is **DENIED.**

The Court will not address Mr. Ray's Motion to Dismiss for Lack of Subject Matter Jurisdiction (**Doc. #275**), but instead The Court will combine the Motions at **Doc. #275 and Doc. #227** and set the motions for an evidentiary hearing.

**ORDER:**    The trial currently scheduled on **October 26, 2015 at 9:00 a.m. is VACATED** and will be reset following the evidentiary hearing on the Motions at Doc. #275 and #227. The evidentiary hearing on **Doc. #275 and #227** is set on **October 26, 2015 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**    Defendant is remanded to the care and custody of the United States Marshal Service.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

**4:36 p.m.        Court in recess.**

**Total Time:    1 hour 1 minute.**
**Hearing concluded.**