**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date:   November 19, 2015 |
| Court Reporter:       Mary George | |

Criminal Action No. 14-cr-00147-MSK

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| UNITED STATES OF AMERICA, | Anna Edgar |
| | Tim Neff |
| Plaintiff, | |
| v. | |
| AUSTIN RAY, | Austin Ray, *Pro Se* |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Discovery Hearing

**9:11 a.m.       Court in session.**

Defendant present in custody.

Anthony Viorst is present as advisory counsel to defendant.

The Court inquires of defendant whether he has the documents the Government contends it provided to his case manager in hard copy and CD form.

The defendant responds that he has not as stated on the record.

The Court addresses the information available in electronic form.

The Court addresses how much time is needed for review of the documents in the manner ordered.

Statements from counsel and defendant.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDERED:** Mr. Ray will be transported to the federal courthouse on a regular basis to facilitate his review of the documentation at the courthouse. He can work in a detention cell at the courthouse and he can review the documents that fall into the second category, user created documents. Review of the electronic information will also be done at the courthouse.

The Court authorizes seven (7) all day trips to the courthouse for review of the documents over the course of the next 20 days. During that time period at the courthouse, Mr. Ray, subject to the terms of the protective order, may review both the hard copy documents and the ProSeries tax preparation software and client data documents that will be on the computer. A clean computer that only has the ability to display the documents will be provided by the Government.

Mr. Viorst, in his role as advisory counsel, will also serve to monitor the review of the discovery subject to the protective order to ensure that no documents and no information taken from the computer leave the courthouse and return to the prison.

If the seven (7) trips to review this information is not sufficient, Mr. Ray may request an additional number of trips, but that request should be specific based upon the information he has not had an opportunity to review. By then, he should have his recollection refreshed as to what information is there and what he needs to review and if this amount of time is insufficient the Court will authorize seven additional trips or additional trips as necessary in order to provide him with an opportunity to review this information.

The Court addresses defendant's Motion for Reconsideration (**Doc. #298**) and Motion to Dismiss (**Doc. #299**).

**ORDER:** Defendant's Motion for Reconsideration (**Doc. #298**) and Motion to Dismiss (**Doc. #299**) are **DENIED.**

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**9:30 a.m.** **Court in recess.**

**Total Time:    19 minutes.**
**Hearing concluded.**